

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-20-00060-CV

_____


IN THE INTEREST OF V.G.R., A CHILD



On Appeal from the 330th District Court
Dallas County, Texas
Trial Court No. DF-16-14180



Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

# MEMORANDUM OPINION

Frank Rodriguez, appellant, filed a notice of appeal in this matter on July 22, 2020.[1]  The clerk's record was due to be filed with this Court on or before September 8, 2020.  Rodriguez is not indigent and is thus responsible for paying or making adequate arrangements to pay the clerk's fee for preparing the record.  *See* TEX. R. APP. P. 37.3(b).  The district clerk has informed this Court that the fee has not been paid for the preparation of the clerk's record.

By letter dated September 18, 2020, Rodriguez was provided with notice of and an opportunity to cure this defect.  *See* TEX. R. APP. P. 42.3(b), (c).  The clerk's letter further warned Rodriguez that, if he did not submit an adequate response to the notice by September 28, 2020, this appeal would be subject to dismissal for want of prosecution and for failure to comply with the above-cited rules.  Rodriguez has not paid for the preparation of the clerk's record and has not filed proof of indigency.  *See* TEX. R. APP. P. 20.1.  Further, we have received no communication from Rodriguez responsive to the September 18 correspondence.  Accordingly, this appeal is ripe for dismissal.[2]

---

[1]Originally appealed to the Fifth Court of Appeals in Dallas, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

[2]Rodriguez has likewise not filed a docketing statement in accordance with Rule 32.1 of the Texas Rules of Appellate Procedure, *see* TEX. R. APP. P. 32.1, and has not tendered the mandatory $205.00 filing fee associated with the appeal.  *See* TEX. R. APP. P. 5.

Pursuant to Rules 42.3, subsections (b) and (c), of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.

Scott E. Stevens
Justice

Date submitted:     October 13, 2020
Date decided:       October 14, 2020